BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NICHOLAS ROBERT BOWEN,<br><br>  Defendant. | CASE NO.  2:13-CR-00318 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM  JANUARY 30, 2014, UNTIL MARCH 13, 2014** |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 30, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until March 13, 2014, and to exclude time between January 30, 2014, and March 13, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes a significant amount of computer evidence.  Some of this discovery has been

provided; additional material is being processed and will be provided as soon as it is available.

      b.  Counsel for the defendant is unable to devote the time necessary to review of the evidence because of unexpected personal circumstances.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.  The government does not object to the continuance.

      d.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of January 30, 2014 to March 13, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 23, 2014                        Respectfully Submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                      By:    */s/ Kyle Reardon*
                                                 KYLE REARDON
                                                 Assistant U.S. Attorney

Dated: January 23, 2014                        */s/ Kyle Reardon* for
                                                 ROBERT BLASIER
                                                 Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0318 TLN |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS CONFERENCE FROM JANUARY 30, 2014, UNTIL MARCH 13, 2014** |
| NICHOLAS ALAN BOWEN, | |
| Defendant. | |

The parties' stipulation is approved and so ordered.  The time beginning January 30, 2014 until March 13, 2014, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: January 23, 2014

_____
Troy L. Nunley
United States District Judge