BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS ROBERT BOWEN,<br><br>Defendant. | CASE NO.  2:13-CR-00318 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM MARCH 13, 2014, TO MAY 8, 2014** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 13, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until May 8, 2014, at 9:30 a.m., and to exclude time between March 13, 2014, and May 8, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes a significant amount of computer evidence.  Some of this discovery has been

1 provided; additional material is being processed and will be provided as soon as it is
2 available.
3     b.  Counsel for the defendant is unable to devote the time necessary to review of
4 the evidence because of other duties.  These duties include two trials in the month of
5 March that have taken, and will require a significant amount of preparation and
6 attention.  Counsel for defendant believes that failure to grant the above-requested
7 continuance would deny him the reasonable time necessary for effective preparation,
8 taking into account the exercise of due diligence.
9     c.  The government does not object to the continuance.
10    d.  Based on the above-stated findings, the ends of justice served by continuing
11 the case as requested outweigh the interest of the public and the defendant in a trial
12 within the original date prescribed by the Speedy Trial Act.
13    e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
14 3161, et seq., the time period of March 13, 2014 to May 8, 2014, inclusive, is deemed
15 excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results
16 from a continuance granted by the Court at defendant's request on the basis of the
17 Court's finding that the ends of justice served by taking such action outweigh the best
18 interest of the public and the defendant in a speedy trial.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 12, 2014                               Respectfully Submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                            By:     */s/ Kyle Reardon*
                                                    KYLE REARDON
                                                    Assistant U.S. Attorney

Dated: March 12, 2014                               */s/ Kyle Reardon* for
                                                    ROBERT BLASIER
                                                    Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0318-TLN |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS CONFERENCE FROM MARCH 13, 2014, UNTIL MAY 8, 2014** |
| NICHOLAS ROBERT BOWEN, | |
| Defendant. | |

The parties' stipulation is approved and so ordered. The time beginning March 13, 2014, until May 8, 2014, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: March 12, 2014

Troy L. Nunley
United States District Judge