BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00318 TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM MAY 8, 2014, TO JUNE 12, 2014** |
| NICHOLAS ROBERT BOWEN, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 8, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until June 12, 2014, at 9:30 a.m., and to exclude time between May 8, 2014, and June 12, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes a significant amount of computer evidence.  In addition, the defendant has

1  provided material to the United States for its consideration

2          b.  Counsel for both parties are unable to devote the time necessary to review of
3  the evidence because of other duties.  Counsel believe that failure to grant the above-
4  requested continuance would deny them the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.

6          c.  Based on the above-stated findings, the ends of justice served by continuing
7  the case as requested outweigh the interest of the public and the defendant in a trial
8  within the original date prescribed by the Speedy Trial Act.

9          d.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
10 3161, et seq., the time period of May 8, 2014 to June 12, 2014, inclusive, is deemed
11 excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results
12 from a continuance granted by the Court at defendant's request on the basis of the
13 Court's finding that the ends of justice served by taking such action outweigh the best
14 interest of the public and the defendant in a speedy trial.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 8, 2014                                   Respectfully Submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                    By:   */s/ Kyle Reardon*
                                                KYLE REARDON
                                                Assistant U.S. Attorney

Dated: May 8, 2014                                   */s/ Kyle Reardon* for
                                                ROBERT BLASIER
                                                Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS ALAN BOWEN, <br><br> Defendant. | CASE NO. 2:13-CR-00318 TLN <br><br> **ORDER CONTINUING STATUS CONFERENCE FROM MAY 8, 2014, UNTIL JUNE 12, 2014** |

    The parties' stipulation is approved and so ordered. The time beginning May 8, 2014, until June 12, 2014, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: May 8, 2014

_____
Troy L. Nunley
United States District Judge