BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS ROBERT BOWEN,<br><br>Defendant. | CASE NO.  2:13-CR-00318 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM JULY 31, 2014, TO SEPTEMBER 4, 2014** |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 31, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until September 4, 2014, at 9:30 a.m., and to exclude time between July 31, 2014, and September 4, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes a significant amount of computer evidence.  In addition, the defendant has

provided material to the United States for its consideration.

      b.  Counsel for both parties are unable to devote the time necessary to review of the evidence because of other duties.  Counsel believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of July 31, 2014 to September 4, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 28, 2014　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　　*/s/ Kyle Reardon*
　　　　　　　　　　　　　　　　　　　　KYLE REARDON
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: July 28, 2014　　　　　　　　　　　*/s/ Kyle Reardon* for
　　　　　　　　　　　　　　　　　　　　ROBERT BLASIER
　　　　　　　　　　　　　　　　　　　　Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS ALAN BOWEN,<br><br>Defendant. | CASE NO.  2:13-CR-0318 TLN<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM JULY 31, 2014, UNTIL SEPTEMBER 4, 2014** |

The parties' stipulation is approved and so ordered.  The time beginning July 31, 2014, until September 4, 2014, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated:  July 28, 2014

Troy L. Nunley
United States District Judge