BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00318 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| NICHOLAS ROBERT BOWEN, | |
| Defendant. | |

The United States, through the undersigned counsel, and defendant Nicholas Bowen, through his undersigned counsel, hereby stipulate and jointly request that the Restitution Hearing currently on calendar for April 16, 2015, be continued to June 11, 2015, at 9:30 a.m. for good cause showing.

1. On February 19, 2015, the Court sentenced defendant to 151 months imprisonment and 10-year term of supervised release. The matter was set for a restitution hearing for April 16, 2015.

2. The parties are continuing to discuss and research the matter. Accordingly, and for the foregoing reasons, the parties stipulate and jointly request that the matter be continued to June 11, 2015, and that the time between April 16, 2015 and June 11, 2015, be excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due to the parties' need to prepare for the restitution amount.

1     IT IS SO STIPULATED.

                                              Respectfully submitted,

DATED: April 15, 2015               BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Todd A. Pickles*
                                              TODD A. PICKLES
                                              Assistant United States Attorney

DATED: April 15, 2015

                                              */s/ Todd A. Pickles for*
                                              ROBERT BLAZIER, ESQ.

                                              Counsel for Defendant Nicholas Bowen

**ORDER**

This matter comes before the Court on the parties Stipulation to Continue Restitution Hearing. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation and GRANTS the parties' request. The restitution hearing set for April 16, 2015 is hereby CONTINUED to June 11, 2015 at 9:30 a.m. The time between April 16, 2015, and June 11, 2015 is excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due counsels' need to prepare for restitution.

IT IS SO ORDERED.

DATED: April 15, 2015

Troy L. Nunley
United States District Judge