BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS ROBERT BOWEN,<br><br>Defendant. | CASE NO.  2:13-CR-00318<br><br>STIPULATION AND ORDER TO VACATE RESTITUTION HEARING |

    The United States, through the undersigned counsel, and defendant Nicholas Bowen, through his undersigned counsel, hereby stipulate and jointly request that the Restitution Hearing currently on calendar for June 14, 2015 be vacated for good cause showing.

    1.    On February 19, 2015, the Court sentenced defendant to 151 months imprisonment and 10-year term of supervised release.  The matter was set for a restitution hearing for April 16, 2015 and continued to June 14, 2015.

    2.    Counsel for Mr. Bowen has informed the United States that Mr. Bowen was reached a settlement with the only two victims who have submitted claims for restitution, and has made payments to those victims in accordance with the settlement agreements.  Because those victims have received restitution payments pursuant to their settlement with Mr. Bowen, there is no further restitution to be ordered in this matter.  Accordingly, a hearing on the matter would be unnecessary.

1   IT IS SO STIPULATED.

2

3                                                              Respectfully submitted,

4   DATED:   June 8, 2015                                      BENJAMIN B. WAGNER
                                                               United States Attorney

5                                                               /s/ Todd A. Pickles
                                                               TODD A. PICKLES
6                                                              Assistant United States Attorney

7
    DATED: June 8, 2015
8

9                                                              /s/ Todd A. Pickles for
                                                               ROBERT BLAZIER, ESQ.
10
                                                               Counsel for Defendant Nicholas Bowen

**ORDER**

This matter comes before the Court on the parties Stipulation to Vacate the Restitution Hearing. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation and GRANTS the parties' request. The restitution hearing set for June 14, 2015 is hereby vacated. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated:  June 8, 2015

                                        Troy L. Nunley
                                        United States District Judge